UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>CODY JAMES MELTZIAN,<br><br>                Defendant. | CR-25-42-GF-BMM<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

Defendant Cody Meltzian (Meltzian) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of possession with intent to distribute controlled substance, in violation of 21 U.S.C. § 841(a), and true to the forfeiture allegation as charged in the Indictment.

After examining Meltzian under oath, I make the following determinations:

    1.  Meltzian is fully competent and capable of entering an informed and voluntary plea;

    2.  Meltzian is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3.  Meltzian fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4.  Meltzian's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Meltzian had adequate time to review the Plea Agreement with counsel, he fully understands each and every provision of the Plea Agreement, and all of the statements made in open court regarding the plea agreement are true. Therefore, I recommend that Meltzian be adjudged guilty of the charge of possession with intent to distribute controlled substance, in violation of 21 U.S.C. § 841(a), and true to the forfeiture allegation as charged in the Indictment and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance of guilt until the Court has reviewed the plea agreement and presentence investigative report.**

DATED this 13th day of August 2025.

John Johnston
United States Magistrate Judge